# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-0250
LT Case No. 2017-DR-3264

_____

RAYON PAYNE,

     Appellant,

     v.

SANDRA KOCH,

     Appellee.

_____

On appeal from the Circuit Court for Seminole County.
Christopher Sprysenski, Judge.

Rayon Payne, Orlando, pro se.

No Appearance for Appellee.

May 21, 2024

PER CURIAM.

     AFFIRMED.

JAY, HARRIS, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____